JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                No. CV 11- 8939

                      Plaintiff,

         vs.                             CONSENT JUDGMENT

John G. Mazur, aka J Mazur,

                      Defendant

     Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, John G. Mazur, aka J Mazur, in the principal amount of $15,664.22 plus interest accrued to July 28, 2011, in the sum of $3,637.09; with interest accruing thereafter at the daily rate of $3.00 until entry of judgment, for a total amount of $**19,301.31**.

DATED: 11/7/2011              By:_____Terry Nafisi_____
                                        Clerk of the Court

                                        _____A. Martinez_____
                                             Deputy Clerk
                                    United States District Court