```
JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>John G. Mazur, aka J Mazur,<br>　　　　　Defendant | No. CV 11- 8939<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, John G. Mazur, aka J Mazur, in the principal amount of $15,664.22 plus interest accrued to July 28, 2011, in the sum of $3,637.09; with interest accruing thereafter at the daily rate of $3.00 until entry of judgment, for a total amount of **$19,301.31**.

DATED: 11/7/2011　　　　　　　By:　　　　Terry Nafisi　　　　
　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　A. Martinez　　　　　
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　United States District Court